UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SMITH,

                              Plaintiff,

            -against-                                        19-CV-3572-LTS

UNITED STATES MARSHALS SERVICE,

                              Defendant.

ORDER

        For the reasons stated in the Court's January 8, 2020, sealed order, docket entries

numbered 1 to 8 have been sealed and this case is captioned as set forth above.


        SO ORDERED.

Dated: New York, New York
        June 17, 2020

                                         /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge


**Copy mailed to:**
Plaintiff John Smith