UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SMITH,

                    Plaintiff,

-against-

UNITED STATES MARSHALS SERVICE,

                    Defendant.

19-CV-3572-LTS

ORDER

        The Court has received defendant's motion for summary judgment (Docket Entry No. 23), together with its memorandum of law (Docket Entry No. 24), and certificate of service of those filings. (Docket Entry No. 25.) Defendant's motion fails to comply with Local Civil Rule 56.2, which requires that "[a]ny represented party moving for summary judgment against a party proceeding *pro se* shall serve and file as a separate document, together with the papers in support of the motion," the "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" required by that Rule.

        Defendant shall file and serve the Notice to Pro Se Litigant required by Local Civil Rule 56.2 by **August 13, 2020**. Defendant shall also promptly file and serve a redacted version of its memorandum of law and exhibits (Docket Entry No. 24)—which includes plaintiff John Smith's identify—redacting plaintiff's name and other personal identifying information.

2

       The Clerk of Court is respectfully directed to restrict access to Docket Entry No. 24 to plaintiff and defendant the United States Marshals Service only.

    SO ORDERED.

Dated: New York, New York
       August 12, 2020

                                                          /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

**Copy mailed to:**
Plaintiff John Smith