UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SMITH,

                Plaintiff,

-against-

UNITED STATES MARSHALS SERVICE,

                Defendant.

19-CV-3572-LTS

## ORDER

The Court has received pro se plaintiff John Smith's letter dated August 7, 2020, requesting that the Court (1) deny any further requests by defendant for extensions of time; (2) enter judgment in the event defendant were to fail to meet its August 13, 2020, deadline to file its motion for summary judgment; (3) instruct defendant to provide plaintiff with an advanced copy of future requests, including requests for extension, made in this case; and (4) appoint counsel for plaintiff.

The Court will file plaintiff's letter under seal for substantially the reasons stated in the Court's sealed order dated January 8, 2020, and will provide a copy to counsel for defendant.

Plaintiff's request that the Court deny defendant any further extensions of time is denied without prejudice to renewal in the event defendant requests any such extension(s). Plaintiff's request for entry of judgment is denied as moot in light of defendant's timely filing of its summary judgment papers. (Docket Entry Nos. 27-30.) Defendant is directed to comply with subdivisions A.1.b. and A.2.b. of the Individual Practices of Judge Laura Taylor Swain, by corresponding with plaintiff sufficiently in advance of future requests made to the Court.

The Court will take plaintiff's request for the appointment of counsel under advisement.

SO ORDERED.

Dated: New York, New York
August 27, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy mailed by Chambers to:**
Plaintiff John Smith