UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SMITH,

                          Plaintiff,

-against-                           19-CV-3572-LTS

UNITED STATES MARSHALS SERVICE and EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                          Defendants.

---

ORDER

      The Court has received pro se plaintiff John Smith's letter dated August 27, 2020, requesting that the Court grant him a 60-day extension of his deadline to respond to defendants' motion for summary judgment. (Docket Entry No. 27.)

      The Court will file plaintiff's letter under seal for substantially the reasons stated in the Court's sealed order dated January 8, 2020, and will provide a copy to counsel for defendants.

      Plaintiff's request for an extension of time is denied as moot, in light of the Court's Order dated August 27, 2020, which stayed further briefing on defendants' motion for summary judgment pending further order of the Court.

      SO ORDERED.

Dated: New York, New York
       September 4, 2020

                                                           /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                            United States District Judge

**Copy mailed by Chambers to:**
Plaintiff John Smith