UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SMITH,

                         Plaintiff,

-against-                                                                                       19-CV-3572-LTS

UNITED STATES MARSHALS SERVICE and EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                         Defendants.

---

ORDER

The Court has received pro se plaintiff John Smith's letter dated September 29, 2020, requesting that the Court grant him an extension to respond to defendants' letter and declaration filed on September 11, 2020, supplementing defendants' motion for summary judgment. (Docket Entry No. 34.)

The Court will file plaintiff's letter under seal for substantially the reasons stated in the Court's sealed order dated January 8, 2020, and will provide a copy to counsel for defendants.

Plaintiff's request for an extension of time is granted. Plaintiff may file a response to defendants' September 11, 2020, submission by **November 6, 2020**.

     SO ORDERED.

Dated: New York, New York
       October 19, 2020

                                                      /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge

**Copy mailed by Chambers to:**
Plaintiff John Smith