UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SMITH,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES MARSHALS SERVICE and EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>                    Defendants. | 19-CV-3572-LTS |

<u>Order</u>

The Court has received a letter from Plaintiff, dated March 31, 2021, seeking an update as the status of this litigation and of the Court's resolution of Defendants' motion for summary judgment, which the Court resolved in a Memorandum Order (docket entry no. 47) dated (and mailed to Plaintiff on) March 29, 2021.  The Court refers Plaintiff to that Memorandum Order, a copy of which is enclosed.

For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's letter, with Plaintiff's name and address redacted, on the public docket, and will file the original, unredacted letter under seal.

    SO ORDERED.

Dated: New York, New York
       April 9, 2021

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    United States District Judge

**Copy mailed to:**
Plaintiff John Smith