UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SMITH,

                Plaintiff,

-against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                Defendant.

19-CV-3572-LTS

### ORDER

The Court has received a letter from Plaintiff, mailed on May 12, 2021, seeking an extension of his May 31, 2021, deadline to file a response to Defendant's renewed motion for summary judgment (docket entry no. 51), to June 21, 2021.

Plaintiff's application is granted. Plaintiff is directed to file his response to Defendant's renewed motion for summary judgment by **June 21, 2021**. Defendant is directed to file its reply, if any, by **July 9, 2021**.

For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's letter, with Plaintiff's name and address redacted, on the public docket, and will file the original, unredacted letter under seal.

    SO ORDERED.

Dated: New York, New York
       May 25, 2021

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith