UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SMITH,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>　　　　　　　　　Defendant. | 19-CV-3572-LTS |

<u>Order</u>

　　　　The Court has received Plaintiff's opposition, dated June 19, 2021 (docket entry no. 62), to Defendant's motion for summary judgment (docket entry no. 51). Plaintiff's opposition contains his unredacted name, address, and complete date of birth.

　　　　For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's opposition, with Plaintiff's name, address, and the month and date of Plaintiff's birth date redacted, on the public docket, and will file the original, unredacted opposition under seal.

　　　　The Clerk of Court is respectfully directed to remove docket entry no. 62 from the public docket.

　　　　SO ORDERED.

Dated: New York, New York
　　　　July 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith