UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SMITH,

                Plaintiff,

-against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                Defendant.

19-CV-3572-LTS

---

ORDER

      The Court has received a letter from Plaintiff, dated September 10, 2021, asking whether the Court has issued a decision on Defendant's second motion for summary judgment (docket entry no. 51.)

      Plaintiff is advised that Defendant's second motion for summary judgment remains pending. The Court will mail a copy of its decision on that motion to Plaintiff once a decision is issued.

      For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's letter, with Plaintiff's name and address redacted, on the public docket, and will file the original, unredacted letter under seal.

      Chambers will mail a copy of this Order, and of the docket sheet, to Plaintiff.

      SO ORDERED.

Dated: New York, New York
       September 17, 2021

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith