UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SMITH,

                       Plaintiff,

-against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                       Defendant.

19-CV-3572-LTS

ORDER

        The Court has received a letter from Plaintiff, dated November 7, 2021, asking whether the Court has issued a decision on Defendant's second motion for summary judgment (docket entry no. 51). Plaintiff previously wrote to the Court with the same question (docket entry no. 67); it appears that Plaintiff may not have received the Court's Order dated (and mailed to him on) September 17, 2021 (docket entry no. 68), responding to that question.

        Plaintiff is advised that Defendant's second motion for summary judgment remains pending. The Court will mail a copy of its decision on that motion to Plaintiff once a decision is issued.

        For the reasons stated in the Court's sealed order dated January 8, 2020, the Court has restricted access to Plaintiff's letter, which contains Plaintiff's unredacted name and address, to Court users only; will file a copy of that letter with Plaintiff's name and address redacted on the public docket; and will file the complete, unredacted letter under seal.

Chambers will mail a copy of this Order, and of the Court's Order dated September 17, 2021, to Plaintiff.

SO ORDERED.

Dated: New York, New York
November 19, 2021

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith