UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SMITH,

            Plaintiff,

-against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

            Defendant.

19-CV-3572-LTS

ORDER

       The Court has received a letter from Plaintiff, mailed November 30, 2021 (docket entry no. 73), reporting that he received the docket sheet mailed to him by the Clerk of Court on November 19, 2021, in an envelope addressed to "John Smith," Plaintiff's pseudonym in this action. Plaintiff requests that, in the future, envelopes with mailings from the Court be addressed to his real name, rather than to his pseudonym, in order to ensure that prison officials deliver the mail to him and do not return it as undeliverable.

       Plaintiff is advised that the Court mails him copies of orders, addressed to his real name on the exterior envelope, directly from Chambers. (See e.g., docket entry nos. 63, 68, 70.) The November 19, 2021, mailing containing a copy of the docket sheet was mailed by the Clerk of Court (which automatically processes and fulfills requests from pro se parties for copies of docket sheets by mailing those copies to the name listed on the public docket), rather than from Chambers. In order to avoid problems of this nature going forward, Plaintiff should address any request for updates as to the status of this action to Chambers, rather than to the Clerk of Court.

       For the reasons stated in the Court's sealed order dated January 8, 2020, the Court has restricted access to Plaintiff's letter, which contains Plaintiff's unredacted name and address,

to Court users only; will file a copy of that letter with Plaintiff's name and address redacted on the public docket; and will file the complete, unredacted letter under seal.

Chambers will mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: New York, New York
December 9, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith