UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SMITH,

                Plaintiff,

-against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                Defendant.

19-CV-3572-LTS

---

ORDER

The Court has received Plaintiff's letter dated February 2, 2022, informing the Court that he has received the Court's order dated December 9, 2021 (docket entry no. 74). The envelope of Plaintiff's letter contains his unredacted name and address.

For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's letter and envelope, with Plaintiff's name and address redacted, on the public docket, and will file the original, unredacted letter and envelope under seal.

SO ORDERED.

Dated: New York, New York
        February 10, 2022

                                                       /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith