**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN SMITH,

                Plaintiff,                19 **CIVIL** 3572 (LTS)

       -against-                 **JUDGMENT**

EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 21, 2019, Memorandum Order dated March 29, 2021 and Order dated February 9, 2022, the Court dismisses Plaintiff's claims against Preet Bharara, Nola Heller, and Robert Johnson pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court dismisses Plaintiff's claims against Anthony Ricco for failure to state a claim on which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court dismisses Plaintiff's claims against the SDNY as barred under the doctrine of sovereign immunity. 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court dismisses Plaintiff's claims against the State of New York as barred by the Eleventh Amendment. 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court dismisses Plaintiff's claims against J. Guccione, D. Schriro, E. Bailey, R. Cripps, and the G.E.O Detention Facility for failure to state a claim on which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

    The USMS's motion for summary judgment is granted, and the EOUSA's renewed motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
February 10, 2022

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                              **BY:**
                                                        Deputy Clerk