UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SMITH,

                Plaintiff,

-against-                                                                 19-CV-3572-LTS

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                Defendant.

---

## ORDER

The Court has received Plaintiff's motion for reconsideration and for relief from judgment filed in connection with this Court's Memorandum Order dated February 9, 2022 (docket entry no. 76), and Judgment entered on February 10, 2022 (docket entry no. 79).

Plaintiff's motion contains his unredacted name and address, and the exhibits to the motion contain other information which could allow public identification of Plaintiff. For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's motion, with Plaintiff's name, address, and other identifying information redacted, on the public docket, and will file the original, unredacted motion under seal.

The Government shall file its response to Plaintiff's motion by **March 23, 2022**. Plaintiff shall file his reply, if any, by **April 8, 2022**.

    SO ORDERED.

Dated: New York, New York
       March 9, 2022

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith