UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SMITH,<br><br>        Plaintiff,<br><br>-against-<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>        Defendant. | 19-CV-3572-LTS |

ORDER

On March 9, 2022, Plaintiff, who is proceeding pro se, filed a motion for reconsideration (docket entry no. 82) of the Court's Memorandum Order dated February 9, 2022 (docket entry no. 76), and Judgment entered on February 10, 2022 (docket entry no. 79). On March 21, 2022, Defendant filed an opposition to that motion (docket entry no. 86), as well as a certificate of service (docket entry no. 87) reflecting service of the opposition on Plaintiff. Plaintiff has not filed a reply.

In light of Plaintiff's pro se status, the Court sua sponte extends Plaintiff's deadline to file any reply in support of his motion for reconsideration to **May 16, 2022**.

Chambers will mail a copy of this Order to Plaintiff.

  SO ORDERED.

Dated: New York, New York
   May 2, 2022

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith