UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SMITH,<br><br>        Plaintiff,<br><br>  -against-<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>        Defendant. | 19-CV-3572-LTS |

ORDER

  The Court has received Plaintiff's reply submission dated May 16, 2022, filed in support of his pending motion for reconsideration.

  Plaintiff's reply submission contains his unredacted name, address, and other identifying information. For the reasons stated in the Court's sealed order dated January 8, 2020, the Court will file a copy of Plaintiff's reply submission, with Plaintiff's name, address, and other identifying information redacted, on the public docket, and will file the original, unredacted submission under seal.

  Chambers will mail a copy of this Order to Plaintiff.

  SO ORDERED.

Dated: New York, New York
   May 23, 2022

                    /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge

**Copy mailed to:**
Plaintiff John Smith